UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Dale Stewart, Jr.

    v.                             Case No. 25-cv-115-LM-TSM

Pike Industries, Inc.

ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated March 19, 2026 . "[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal." Rivera-Aponte v. Gomez Bus Line, Inc., 62 F.4th 1, 10 (1st Cir. 2023) (quoting Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010)); see also Santos-Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir. 2016) ("[P]arties who fail to file objections to a magistrate judge's report and recommendation lose their right to appellate review.").

The defendant's motion to dismiss (doc. no. 13) is granted and this case is dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(b), for failure to prosecute.

_____
Landya B. McCafferty
United States District Judge

Date: April 15, 2026


Cc: Dale Stewart, Jr., pro se
    Counsel of Record